UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GABRIELLA BLACK,
Plaintiff,
v.
MAXIMILLIAN ZANCK, et al.,
Defendants.

Case No. 8:25-CV-01217-JLS (RAO)

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [30][31][49][54][55][56][61][65]

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint ("FAC"), Dkt. No. 9, the moving, opposition, and reply papers of the motions to dismiss and/or motions to strike filed by Defendants Judge Salvador Sarmiento, Judge Nathan Nhan Vu, and the Superior Court (collectively, the "Judicial Defendants"), Defendants Maximillian Zanck and Ashley Zanck (collectively, the "Zanck Defendants"), Defendant Keith Dolnick, Defendant Miriam Galindo, and Defendant Stacy Kinney White as set forth in the table on pages 2-4 of the Amended Interim Report and Recommendation of United States Magistrate Judge ("Amended Interim Report"), the Amended Interim Report dated August 31, 2026, Plaintiff's objections, Dkt. No. 116, and all other records and files herein.

The Court has engaged in a *de novo* review of those portions of the report and

recommendation to which Plaintiff has objected. The Court is not persuaded by Plaintiff's objections and overrules them. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge, with one modification as noted below.

Accordingly, IT IS ORDERED that:

(1) The Amended Interim Report is accepted and adopted;

(2) The Judicial Defendants' Motion to Dismiss is granted, all claims against Judges Vu and Sarmiento are dismissed without leave to amend, the Section 1983 claims and any state law claims against the Superior Court are dismissed without leave to amend, and the federal disability discrimination claims against the Superior Court are dismissed with leave to amend;

(3) The Zanck Defendants' and Defendants Galindo, White, and Dolnick's Motions to Dismiss are granted and the federal law claims against these defendants are dismissed with leave to amend;

(4) Until and unless a viable federal claim is stated against a remaining defendant, the Court declines to address Plaintiff's state law claims and Defendant Dolnick and White's Motions to Strike are denied as moot; and

(5) Plaintiff is granted leave to file a Second Amended Complaint within 30 days of the date of entry of this Order.

DATED: September 7, 2026

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE